STATE OF NEW JERSEY v. JAMES RICHARDSON.

June 23, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. JOHN L. MAY.

June 23, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. DONALD PURNELL, JR.

June 23, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. WILLIAM ENSLEY.

June 23, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. CHARLES ERWIN PRYOR.

June 23, 1987.

Petition for certification denied.